IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZLATKO PEHAR, | ) | Case No. 08-31891 |
| | ) | Judge Carol A. Doyle |
| Debtor/Debtor-in-Possession. | ) | |

**FINAL ORDER AUTHORIZING CONTINUED
USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF
AS TO THE INTERESTS OF COLE TAYLOR BANK, FIRST COMMERCIAL BANK,
CITIMORTGAGE, COUNTRYWIDE HOME LOANS, INC.,
AND EVERGREEN PRIVATE BANK**

AT Chicago, Illinois in said District before the Honorable Carol A. Doyle, Bankruptcy Judge, this ____ day of January, 2009:

THIS MATTER COMING TO BE HEARD upon the Motion of ZLATKO PEHAR, Debtor and Debtor in Possession herein, for authority to use cash collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; JP Morgan Chase Bank, N.A., as successor in interest to Washington Mutual Bank ("JP Morgan"), having filed a written objection to the Debtor's continued use of cash collateral; no other party in interest having filed objections; this Court having entered a separate Third Interim Order authorizing the Debtor's continued interim use of cash collateral as such relates to the interests of JP Morgan in property of the Debtor; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibits A and B to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate; this Court having previously entered two (2) other Interim Orders Authorizing Interim Use of Cash Collateral and Granting Related Relief; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Debtor is authorized to use cash collateral during the period February 1, 2009, through confirmation of a plan of reorganization, to the extent set forth on Exhibits A and B hereto with respect to the properties in which the Cash Collateral Lenders[1] claim an interest;

B) In return for the Debtor's continued use of cash collateral with respect to the properties in which the Cash Collateral Lenders claim an interest, the Cash Collateral Lenders are granted the following adequate protection for their purported secured interests:

   1. The Debtor will permit the Cash Collateral Lenders to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

   2. The Debtor shall maintain and pay premiums for insurance to cover all of his assets from fire, theft and water damage;

   3. The Debtor shall, upon reasonable request, make available to the Cash Collateral Lenders evidence of that which constitutes their collateral or proceeds;

   4. The Debtor will properly maintain the properties in good repair and properly manage such properties; and

   5. As additional adequate protection to the Cash Collateral Lenders, the Cash Collateral Lenders, pursuant to Section 507(b) of the Bankruptcy Code, are granted post petition replacement liens and security interests in all personal property of the Debtor (other than actions under Chapter 5 of the Bankruptcy Code and rental proceeds from real estate against which the Cash Collateral Lenders have no lien ["Excluded Property"], which Excluded Property is expressly excluded from such liens and security interests) to cover any diminution of the value of the collateral of the Cash Collateral Lenders arising on account of the imposition of the automatic stay or the use of cash collateral, which replacement liens and security interests shall be junior to all pre-existing valid and perfected liens and security interests.

C) The entry of this Final Order is without prejudice to any party's right to seek the modification or vacation of this Final Order at a subsequent date.

---

[1] The "Cash Collateral Lenders" are Cole Taylor Bank, First Commercial Bank, CitiMortgage, Countrywide Home Loans, Inc., and Evergreen Private Bank.

DATE: 1/26/09

ENTER: _____
JUDGE

**DEBTOR'S COUNSEL:**
DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.
(Atty. No. 03124481)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
\Grace\Pehar\final cash collateral.ord.wpd

# EXHIBIT A

# 3125-3135 Broadway/ 561 Briar #304
## Projected Expenses

| | Dec-08 | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 |
| Management | 1102.43 | 1102.43 | 1102.43 | 1102.43 | 1102.43 | 1102.43 | 1102.43 | 1102.43 | 1102.43 | 1102.43 | 1102.43 | 1102.43 |
| Real Estat | 2052.52 | 2052.52 | 2052.52 | 2052.52 | 2052.52 | 2052.52 | 2052.52 | 2052.52 | 2052.52 | 2052.52 | 2052.52 | 2052.52 |
| Insurance | 669.00 | 669.00 | 669.00 | 669.00 | 669.00 | 669.00 | 669.00 | 669.00 | 669.00 | 669.00 | 669.00 | 669.00 |
| Assessme | 600.12 | 600.12 | 600.12 | 600.12 | 600.12 | 600.12 | 600.12 | 600.12 | 600.12 | 600.12 | 600.12 | 600.12 |
| Total Exp | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 |
| Net | 13949.78 | 13949.78 | 13949.78 | 13949.78 | 13949.78 | 13949.78 | 13949.78 | 13949.78 | 13949.78 | 13949.78 | 13949.78 | 13949.78 |

EXHIBIT A

**2507-09 W. Catalpa**
**Projected Income/Expense**

| | Dec-08 | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | 5355.00 | 5355.00 | 5355.00 | 5355.00 | 5355.00 | 5355.00 | 5355.00 | 5355.00 | 5355.00 | 5355.00 | 5355.00 | 5355.00 |
| Other Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Management Fe | $321.30 | $321.30 | $321.30 | $321.30 | $321.30 | $321.30 | $321.30 | $321.30 | $321.30 | $321.30 | $321.30 | $321.30 |
| Electric | $1,250.00 | $2,200.00 | $2,200.00 | $1,800.00 | $1,250.00 | $375.00 | $275.00 | $275.00 | $275.00 | $350.00 | $425.00 | $459.00 |
| Water | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 |
| Insurance | $0.00 | $1,090.00 | $0.00 | $1,090.00 | $0.00 | $1,090.00 | $0.00 | $1,090.00 | $0.00 | $1,090.00 | $0.00 | $1,050.00 |
| Janitor | $585.50 | $585.50 | $585.50 | $685.50 | $685.50 | $685.50 | $685.50 | $685.50 | $685.50 | $685.50 | $685.50 | $585.50 |
| Hardware/Supp | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Garbage | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Exterminating | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Real Estate Tax | $57.00 | $57.00 | $57.00 | $57.00 | $57.00 | $57.00 | $57.00 | $57.00 | $57.00 | $57.00 | $57.00 | $57.00 |
| Snow Removal | $750.17 | $790.17 | $790.17 | $790.17 | $790.17 | $790.17 | $790.17 | $790.17 | $790.17 | $790.17 | $790.17 | $790.17 |
| | $1,200.00 | $1,200.00 | $1,200.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 |
| Total Expenses | $5,033.97 | $7,073.97 | $5,983.97 | $6,073.97 | $3,933.97 | $4,148.97 | $2,958.97 | $4,048.97 | $2,958.97 | $4,123.97 | $3,108.97 | $4,732.97 |
| Net Income | $321.03 | -$1,718.97 | -$628.97 | -$718.97 | $1,421.03 | $1,206.03 | $2,396.03 | $1,306.03 | $2,396.03 | $1,231.03 | $2,246.03 | $622.03 |

McCormick Mall
Projected Expenses

| | Dec-08 | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent Inc | 35719.9 | 35719.9 | 35719.9 | 39719.9 | 35719.9 | 39719.9 | 41019.9 | 41019.9 | 41019.9 | 41019.9 | 41019.9 | 41019.9 |
| Manager | 2382.62 | 2382.62 | 2382.62 | 2382.62 | 2382.62 | 2382.62 | 2382.62 | 2382.62 | 2382.62 | 2382.62 | 2382.62 | 2382.62 |
| Mortgag | 16875.00 | 16875.00 | 16875.00 | 16875.00 | 16875.00 | 16875.00 | 16875.00 | 16875.00 | 16875.00 | 16875.00 | 16875.00 | 16875.00 |
| Gas | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 |
| Electric | $998.00 | $998.00 | $998.00 | $998.00 | $998.00 | $998.00 | $998.00 | $998.00 | $998.00 | $998.00 | $998.00 | $998.00 |
| Water | $0.00 | $1,326.18 | $0.00 | $1,326.18 | $0.00 | $1,326.18 | $0.00 | $1,326.18 | $0.00 | $1,326.18 | $0.00 | $1,326.18 |
| Insuranc | $1,250.21 | $1,250.21 | $1,250.21 | $1,250.21 | $1,250.21 | $1,250.21 | $1,250.21 | $1,250.21 | $1,250.21 | $1,250.21 | $1,250.21 | $1,250.21 |
| Lot Main | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Hardwar | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Garbage | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |
| Extermin | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| Real Esta | $8,426.72 | $8,426.72 | $8,426.72 | $8,426.72 | $8,426.72 | $8,426.72 | $8,426.72 | $8,426.72 | $8,426.72 | $8,426.72 | $8,426.72 | $8,426.72 |
| Snow Re | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 1500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Exp | 34622.55 | 35948.73 | 34622.55 | 35948.73 | 33622.55 | 33448.73 | 32122.55 | 33448.73 | 32122.55 | 33448.73 | 32122.55 | 33448.73 |
| NET | $1,097.35 | ($228.83) | $1,097.35 | $3,771.17 | $6,097.35 | $6,271.17 | $8,897.34 | $7,571.17 | $8,897.35 | $7,571.17 | $8,897.35 | $8,897.35 |
| 2-33% | $365.78 | ($76.28) | $365.78 | $1,257.06 | $2,032.45 | $2,090.39 | $2,965.78 | $2,523.72 | $2,965.78 | $2,523.72 | $2,965.78 | $2,965.78 |

## 2818-20 Halsted
### Projected Income/Expenses

| | Dec-08 | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | 12148.75 | 12148.75 | 12148.75 | 12148.75 | 12148.75 | 14148.75 | 14148.75 | 14148.75 | 14148.75 | 14148.75 | 14185.75 | 14148.75 |
| Management Fee | $848.93 | $848.93 | $848.93 | $848.93 | $848.93 | $848.93 | $848.93 | $848.93 | $848.93 | $848.93 | $848.93 | $848.93 |
| Insurance | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Assessments | $685.00 | $685.00 | $685.00 | $685.00 | $685.00 | $685.00 | $685.00 | $685.00 | $685.00 | $685.00 | $685.00 | $685.00 |
| Real Estate taxe | $4,468.59 | $4,468.59 | $4,468.59 | $4,468.59 | $4,468.59 | $4,468.59 | $4,468.59 | $4,468.59 | $4,468.59 | $4,468.59 | $4,468.59 | $4,468.59 |
| Total Expenses | $6,352.52 | $6,352.52 | $6,352.52 | $6,352.52 | $6,352.52 | $6,352.52 | $6,352.52 | $6,352.52 | $6,352.52 | $6,352.52 | $6,352.52 | $6,352.52 |
| Net Income | 5796.23 | 5796.23 | 5796.23 | 5796.23 | 5796.23 | 7796.23 | 7796.23 | 7796.23 | 7796.23 | 7796.23 | 7796.23 | 7796.23 |

**500 W. Superior #1202**
Projections

| | December | January | February | March | April | May | June | July | August | September | October | November |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental Income | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 |
| Real Estate Taxes | 408.82 | 408.82 | 408.82 | 408.82 | 408.82 | 408.82 | 408.82 | 408.82 | 408.82 | 408.82 | 408.82 | 408.82 |
| Assessments | 634.48 | 634.48 | 634.48 | 634.48 | 634.48 | 346.04 | 634.48 | 634.48 | 634.48 | 634.48 | 634.48 | 634.48 |
| Insurance | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 |
| Net | 1422.03 | 1422.03 | 1422.03 | 1422.03 | 1422.03 | 1422.03 | 1422.03 | 1422.03 | 1422.03 | 1422 | 1422.03 | 1422.03 |

#1208
500 W. Superior
Projections

| | December | January | February | March | April | May | June | July | August | September | October | November |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent in | 0 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 |
| Real E | 303.99 | 303.99 | 303.99 | 303.99 | 303.99 | 303.99 | 303.99 | 303.99 | 303.99 | 304 | 303.99 | 303.99 |
| Assess | 486.92 | 486.92 | 486.92 | 486.92 | 486.92 | 486.92 | 486.92 | 486.92 | 486.92 | 486.9 | 486.92 | 486.92 |
| Insura | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 |
| Net | -825.58 | 924.42 | 924.42 | 924.42 | 924.42 | 924.42 | 924.42 | 924.42 | 924.42 | 924.4 | 924.42 | 924.42 |

340 W. Superior #809
Projections

| | December | January | February | March | April | May | June | July | August | September | October | November |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental Inco | 1380.00 | 1380.00 | 1380.00 | 1380.00 | 1380.00 | 1380.00 | 1380.00 | 1380.00 | 1380.00 | 1380.00 | 1380.00 | 1380.00 |
| Real Estate | 192.87 | 192.87 | 192.87 | 192.87 | 192.87 | 192.87 | 192.87 | 192.87 | 192.87 | 192.87 | 192.87 | 192.87 |
| Assessmen | 305.96 | 305.96 | 305.96 | 305.96 | 305.96 | 305.96 | 305.96 | 305.96 | 305.96 | 305.96 | 305.96 | 305.96 |
| Insurance | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 | 34.67 |
| Net | 846.50 | 846.50 | 846.50 | 846.50 | 846.50 | 846.50 | 846.50 | 846.50 | 846.50 | 846.50 | 846.50 | 846.50 |

1211 S. Prairie
#802

| | December | January | February | March | April | May | June | July | August | September | October | November |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent Income | 2700 | 2700.00 | 2700.00 | 2700.00 | 2700.00 | 2700.00 | 2700.00 | 2700.00 | 2700.00 | 2700.00 | 2700.00 | 2700.00 |
| Real Estate | 500 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Assessment | 346.04 | 346.04 | 346.04 | 346.04 | 346.04 | 346.04 | 346.04 | 346.04 | 346.04 | 346.04 | 346.04 | 346.04 |
| Insurance | 33.33 | 33.33 | 33.33 | 33.33 | 33.33 | 33.33 | 33.33 | 33.33 | 33.33 | 33.33 | 33.33 | 33.33 |
| Net | 1820.63 | 1820.63 | 1820.63 | 1820.63 | 1820.63 | 1820.6 | 1820.63 | 1820.63 | 1820.63 | 1820.63 | 1820.63 | 1820.63 |

# EXHIBIT B

| August | September | October | November | |
|---|---|---|---|---|
| 1750 | 1750 | 1750 | 1750 | |
| 2500 | 2500 | 2500 | 2500 | |
| 1380 | 1380 | 1380 | 1380 | |
| 2700 | 2700 | 2700 | 2700 | |
| 19585 | 19335 | 19335 | 19335 | |
| 5335 | 5335 | 5335 | 5335 | |
| 14305 | 14305 | 14305 | 14305 | |
| 18373.85 | 18373.85 | 18373.85 | 18373.85 | |
| 14148.75 | 14148.75 | 14148.75 | 14148.75 | |
| 80077.6 | 79827.6 | 79827.6 | 79827.6 | 933911.2 |
| 825.58 | 825.58 | 825.58 | 825.58 | |
| 1077.97 | 1077.97 | 1077.97 | 1077.97 | |
| 533.5 | 533.5 | 533.5 | 533.5 | |
| 879.37 | 879.37 | 879.37 | 879.37 | |
| 6970.29 | 8405.29 | 6970.29 | 8405.29 | |
| 2958.97 | 4123.97 | 3108.97 | 4732.97 | |
| 6646.5 | 9031.5 | 8146.5 | 12046.7 | |
| 4424.07 | 4424.07 | 4424.07 | 4424.07 | |
| 6352.52 | 6352.52 | 6352.52 | 6352.52 | |
| 30668.77 | 35653.77 | 32318.77 | 39277.97 | 436039.4 |
| 49408.83 | 44173.83 | 47508.83 | 40549.63 | 497871.8 |

Consolidated 2. Pehar

| | December | January | February | March | April | May | June | July |
|---|---|---|---|---|---|---|---|---|
| Rent Income | | | | | | | | |
| 500-1208 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 |
| 500-1202 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 |
| 340-809 | 1380 | 1380 | 1380 | 1380 | 1380 | 1380 | 1380 | 1380 |
| 1211-802 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 |
| 957 Cornel | 15185 | 16135 | 18135 | 18135 | 19585 | 19335 | 19335 | 19335 |
| 2507 Catal| | 5335 | 5335 | 5335 | 5335 | 5335 | 5335 | 5335 | 5335 |
| 2446 Catal| | 11920 | 12715 | 13510 | 14305 | 14305 | 14305 | 14305 | 14305 |
| Briar/561-: | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 | 18373.85 |
| Halsted | 12148.75 | 12148.75 | 12148.75 | 12148.75 | 12148.75 | 14148.75 | 14148.75 | 14148.75 |
| Income | 71292.6 | 73037.6 | 75832.6 | 76627.6 | 78077.6 | 79827.6 | 79827.6 | 79827.6 |
| Expenses | | | | | | | | |
| 500 1208 | 825.58 | 825.58 | 825.58 | 825.58 | 825.58 | 825.58 | 825.58 | 825.58 |
| 500-1202 | 1077.97 | 1077.97 | 1077.97 | 1077.97 | 1077.97 | 1077.97 | 1077.97 | 1077.97 |
| 340-809 | 533.5 | 533.5 | 533.5 | 533.5 | 533.5 | 533.5 | 533.5 | 533.5 |
| 1211-802 | 879.37 | 879.37 | 879.37 | 879.37 | 879.37 | 879.37 | 879.37 | 879.37 |
| 937 Cornel | 7806.29 | 9307.29 | 7872.29 | 9023.29 | 6970.29 | 8405.29 | 6970.29 | 8405.29 |
| 2507 Catal| | 5033.97 | 7073.97 | 5983.97 | 6073.97 | 3933.97 | 4148.97 | 2958.97 | 4048.97 |
| 2446 Catal| | 12161.7 | 14094.4 | 13057.1 | 11289.8 | 7046.5 | 8731.5 | 6646.5 | 8331.5 |
| Briar/561-: | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 | 4424.07 |
| Halsted | 6352.52 | 6352.52 | 6352.52 | 6352.52 | 6352.52 | 6352.52 | 6352.52 | 6352.52 |
| Expense | 39094.97 | 44568.67 | 41006.37 | 40480.07 | 32043.77 | 35378.77 | 30668.77 | 34878.77 |
| Net | 32197.63 | 28468.93 | 34826.23 | 36147.53 | 46033.83 | 44448.83 | 49158.83 | 44948.83 |



EXHIBIT B