IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZLATKO PEHAR, | ) | Case No. 08-31891 |
| | ) | Judge Carol A. Doyle |
| Debtor/Debtor-in-Possession. | ) | |

### EIGHTH INTERIM ORDER AUTHORIZING CONTINUED INTERIM USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF AS TO THE INTERESTS OF JP MORGAN CHASE BANK, N.A.

AT Chicago, Illinois in said District before the Honorable Carol A. Doyle, Bankruptcy Judge, this 28<u>TH</u> day of July, 2009:

THIS MATTER COMING TO BE HEARD upon the Motion of ZLATKO PEHAR, Debtor and Debtor in Possession herein, for authority to use cash collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; JP Morgan Chase Bank, N.A., as successor in interest to Washington Mutual Bank ("JP Morgan"), having filed a written objection to the Debtor's continued use of cash collateral; no other party in interest having filed objections; this Court having entered a Final Order authorizing the Debtor's continued use of cash collateral as such relates to the interests of Cole Taylor Bank, First Commercial Bank, CitiMortgage, Countrywide Home Loans, Inc. and Evergreen Private Bank in property of the Debtor; this Court having determined that the Debtor's continued use of cash collateral to cover the expenditures set forth on Exhibits A and B to the Motion with respect to the properties commonly known as 2446-2456 Catalpa Avenue, Chicago, Illinois and 937 West Cornelia Avenue, Chicago, Illinois ("Chase Properties") is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; this Court having previously entered seven (7) other Interim Orders Authorizing Interim Use of Cash Collateral and Granting Related Relief; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A)    The Debtor is authorized to use cash collateral during the period August 1, 2009, through September 30, 2009, to the extent set forth on Exhibit A hereto with respect to the Chase Properties;

B)    In return for the Debtor's continued interim use of cash collateral with respect to the Chase Properties, JP Morgan is granted the following adequate protection for its purported secured interests:

   1.    The Debtor will permit JP Morgan to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

   2.    The Debtor shall maintain and pay premiums for insurance to cover all of his assets from fire, theft and water damage;

   3.    The Debtor shall, upon reasonable request, make available to JP Morgan evidence of that which constitutes its collateral or proceeds;

   4.    The Debtor will properly maintain the Chase Properties in good repair and properly manage such properties; and

   5.    As additional adequate protection to JP Morgan, pursuant to Section 507(b) of the Bankruptcy Code, JP Morgan is granted post petition replacement liens and security interests in all personal property of the Debtor (other than actions under Chapter 5 of the Bankruptcy Code and rental proceeds from real estate against which JP Morgan has no lien ["Excluded Property"], which Excluded Property is expressly excluded from such liens and security interests) to cover any diminution of the value of the collateral of JP Morgan arising on account of the imposition of the automatic stay or the use of cash collateral, which replacement liens and security interests shall be junior to all pre-existing valid and perfected liens and security interests.

C)    The entry of this Order is without prejudice to any party's right to seek the modification or vacation of this Order at a subsequent date.

D)    A final hearing on the Motion is scheduled before this Court on *September 22,* ) *psf* 2009, at 10:30 a.m.

-2-

DATE:  7/28/09                    ENTER: _____
                                              JUDGE

**DEBTOR'S COUNSEL**:
DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.
(Atty. No. 03124481)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
\Grace\Pehar\eighth cash collateral.ord.wpd

# EXHIBIT A