IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZLATKO PEHAR and | ) | Case No. 08-31891 |
| MARY PEHAR, | ) | Case No. 11-11923 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Judge Carol A. Doyle |
| Debtors. | ) | |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtors' Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment:   <u>December 18, 2008</u>

Period for Which Compensation
is Sought:   From: <u>February 1, 2010</u>   through <u>December 20, 2011</u>

Amount of Fees Sought: <u>$98,636.00</u>

Amount of Expense
Reimbursement Sought: <u>$5,561.14</u>

This is a(n):  Interim Application __   Final Application X__
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| 4/20/09 | 11/7/08-3/31/09 | $67,969.46 | $67,969.46 |
| 9/8/09 | 4/1/09-7/31/09 | $30,270.87 | $30,270.87 |
| 2/24/10 | 8/1/09-1/31/10 | $35,742.20 | $35,742.20 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $133,982.53

Date: January 16, 2012

Jeffrey C. Dan and the firm

Applicant:   <u>Crane, Heyman, Simon, Welch & Clar</u>

By: <u>/s/Jeffrey C. Dan</u>
Debtors' Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZLATKO PEHAR and | ) | Case No. 08-31891 |
| MARY PEHAR, | ) | Case No. 11-11923 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Judge Carol A. Doyle |
| Debtors. | ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on 14th day of February 2012, at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in the room usually occupied by her as courtroom 742 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion For Allowance of Final Compensation and Reimbursement of Expenses to Debtors's Counsel**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C Dan
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties with an asterisk (*) and a copy of the Notice regarding the fee hearing was served upon all parties on the attached service list, on the 20th day of January, 2012.

/s/Jeffrey C Dan

## SERVICE LIST

United States Trustee*
219 S. Dearborn, #873
Chicago, IL 60604

Robert J. Labate, Esq.*
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603

Steven R. Rappin, Esq. *
Hauselman Rappin & Olswang Ltd.
39 S. LaSalle St., Suite 1105
Chicago, IL 60603

Allen C. Wesolowski, Esq.*
Martin & Karcazes Ltd.
161 N. Clark St., Suite 550
Chicago, IL 60601

James P. Sullivan, Esq.*
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 60603

Francis J. Pendergast III*
Crowley & Lamb PC
350 N. LaSalle St., Suite 900
Chicago, IL 60654

Richard B. Polony*
Hinshaw & Culbertson Llp
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

William J. Connelly*
Hinshaw & Culbertson LLP
222 N. LaSalle Street, St., Suite 300
Chicago, IL 60601

Anthony J. Peraica*
Anthony J. Peraica & Associates, Ltd.
5130 S. Archer Ave.
Chicago, IL 60632

Aaron Spivack
811 W. Superior
1st Floor
Chicago, IL 60642

Abby L. Dils
937 W. Cornelia, #404
Chicago, IL 60657

Ambassador Paint
5756 N. Lincoln
Chicago, IL 60659

American Express
2965 Corporate Lakes Blvd.
Fort Lauderdale, FL 33331-3626

American Express
Box 0001
Los Angeles, CA 90096-0001

Angel Paredes
Rockford, IL

Argo Tea Broadway, LLC
16-18 W. Randolph
Chicago, IL 60601

Ari Hertz, John Beerman,
Brenda Koblick
561 W. Briar, Apt. 304
Chicago, IL 60657

Arnold Landis
Law Office of Arnold Landis P.C.
77 W. Washington St., Suite 702
Chicago, IL 60602

Arthur Koma, individually and d/b/a
Dollar Day
6257 N. McCormick Rd., Unit A
Chicago, IL 60659

Bahri Lutolli
c/o Mark L. Karno & Assoc.
33 N. LaSalle St., Suite 3200
Chicago, IL 60602

Bill Sandrick
1581 Huntington Drive
Calumet City, IL 60409

C&C Decorating
5131 Coyle AVenue
Skokie, IL 60077

Cardinal Fitness of McCormick, LLC
Attn:  Peter J. Vrdolyak, III
10760 W. 143rd St., Ste. 63
Orland Park, IL 60462

Carol Pearson
2446 W. Catalpa, Apt. 3
Chicago, IL 60625

Carolyn Cole
2509 W. Catalpa, #2
Chicago, IL 60625

CitiMortgage
8725 W. Sahara
Las Vegas, NV 89117

CitiMortgage
PO Box 6006
The Lakes, NV 88901

CitiMortgage
5280 Corporate Drive
MC0251
Frederick, MD 21703

City Bookstore Inc.
3125 N. Broadway
Chicago, IL 60657

Cole Taylor Bank
c/o Francis Keldermans
131 S. Dearborn, 30th Floor
Chicago, IL 60603

Cole Taylor Bank
P.O. Box 88481
Chicago, IL 60680-1481

Connie Knutson
3005 W. Gunnison
Unit 3W
Chicago, IL 60625

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4488

Countrywide Home Loans, Inc
5401 N. Beach St.
Fort Worth, TX 76137

Countrywide Home Loans, Inc
P.O. Box 10423
Van Nuys, CA 91410-0423

Countrywide Home Loans, Inc.
PO Box 650070
Dallas, TX 75265-0070

Cristina Barillas
2456 W. Catalpa, #3
Chicago, IL 60625

Eddie Shafer
3005 W. Gunnison
Unit 1W
Chicago, IL 60625

Elizabeth Hegarty and
Kaison Cha
2446 W. Catalpa, #2
Chicago, IL 60625

Ellen Bondoc
5206 N. Wolcott
Unit 1
Chicago, IL 60640

Erickson Decorating Products, Inc.
6040 N. Pulaski Rd.
Chicago, IL 60646

Erickson Decorating Products, Inc.
555C Remington Blvd.
Bolingbrook, IL 60440

Evergreen Private Bank
1515 West 22nd Street
Suite 100W
Oak Brook, IL 60523

Evergreen Private Bank
1515 W. 22nd Street
Suite 100W
Oak Brook, IL 60523

First Commercial Bank
6945 N. Clark
Chicago, IL 60626

Foster Wolcott Commons
c/o M. Ackerman
5208 N. Wolcott, #1
Chicago, IL 60640

Great China Buffet Corp.
5618 W. Touhy Ave.
Niles, IL 60714

Gunnison Court Association
c/ Kristalex Group
4518 1/2 N. Damen
Chicago, IL 60625

H5 Printing, Inc. d/b/a Sir Speedy
Halsted
2818 N. Halsted Ave.
Chicago, IL 60657

Hafize Lutolli
c/o Mark L. Karno & Assoc.
33 N. LaSalle St., Suite 3200
Chicago, IL 60602

Harris Bank
111 W. Monroe Street
Chicago, IL 60603-4095

Home Depot Credit Services
8725 W. Sahara Blvd.
Zone 1135
Las Vegas, NV 89117

Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029

Horsehoe Hammond LLC
777 Casino Center Drive
Hammond, IN 46320

HSBC Business Solutions
2601 N. Clybourn
Chicago, IL 60614

HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219

Huntington Mortgage
7575 Huntington Park Drive
Columbus, OH 43235

Huntington Mortgage
PO Box 182440-HM 3111
Columbus, OH 43218-2440

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60601

ING
1 S. Orange Street
Wilmington, DE 19801

ING
P.O. Box 60
Saint Cloud, MN 56302-0060

Integra Bank NA
7661 S. Harlem
Bridgeview, IL 60455

Integra Bank NA
PO Box 868
Evansville, IN 47705

Integra Bank NA
P.O. Box 868
Evansville, IN 47705

Internal Revenue Service
Kansas City, MO 64999

Jacqueline Mathews
5507 N. Campbell, Apt. 2
Chicago, IL 60625

Jeannine Moose
3005 W. Gunnison
Unit 2E
Chicago, IL 60625

Jennifer C. Pennock
3001 W. Gunnison
Unit 1S
Chicago, IL 60625

Jennifer Miller
5503 N. Campbell, Apt. 3
Chicago, IL 60625

Jessica Lopresti
2448 W. Catalpa, #3
Chicago, IL 60625

Joe Agati
937 W. Cornleia, #405
Chicago, IL 60657

Joseph Pehar
555 W. Cornelia
Chicago, IL 60657

Juan & Jorge Alvares
3001 W. Gunnison
Unit 2N
Chicago, IL 60625

Julia Brown
2446 W. Catalpa, Apt. 1
Chicago, IL 60625

Julie Cooper and Daniel Larson
937 W. Cornelia, Apt. 101
Chicago, IL 60657

Katherine Cullen
3003 W. Gunnison
Unit 2S
Chicago, IL 60625

Kia Patterson
2509 W. Catalpa, #1
Chicago, IL 60625

Konrad Mlynek
2507 W. Catalpa, #2
Chicago, IL 60625

Kyle Merrill
5210 N. Wolcott
Unit 1
Chicago, IL 60640

Landis Boyd and Juwana LeFlore
2507 W. Catalpa, #1
Chicago, IL 60625

Lauren & Gregg Cozzi
1900 West Foster
Chicago, IL 60640

Leah Banayan
2454 W. Catalpa, Apt. 2
Chicago, IL 60625

Lee Wichman
5208 N. Wolcott
Unit 2
Chicago, IL 60640

Liem T. Nguyen d/b/a Get Nailed
3131 N. Broadway
Chicago, IL 60657

Lynn Sheck/Howard Sheck
5507 N. Campbell
Chicago, IL 60625

Marina Mantel
937 W. Cornelia, #304
Chicago, IL 60657

Matthew Poremba and Robert Knapik
937 W. Cornelia, #105
Chicago, IL 60657

Megan Fitzpatrick
3003 W. Gunnison
Unit 1N
Chicago, IL 60625

Michael P. Mitchell
3005 W. Gunnison
Unit 3E
Chicago, IL 60625

Michael Walters
2448 W. Catalpa, #2
Chicago, IL 60625

Michelle Monsiet
5503 N. Campbell, Apt. 2
Chicago, IL 60625

Mike Travers/B. Travers
937 W. Cornelia, #303
Chicago, IL 60657

Miranda Pryor
2509 W. Catalpa, #3
Chicago, IL 60625

Monica E. Martinez
3003 W. Gunnison
Unit 1S
Chicago, IL 60625

Monica Johnson
3001 W. Gunnison
Unit 3S
Chicago, IL 60625

Nattapatch Pachteerapat
937 W. Cornelia, #102
Chicago, IL 60657

Nicole D. Forbes
937 W. Cornelia, Apt. 104
Chicago, IL 60657

Nicole Harding
937 W. Harding, #204
Chicago, IL 60657

Noah Levin and Aaron Szerlip
937 W. Cornelia, #203
Chicago, IL 60657

Omicah House
937 W. Cornelia, #205
Chicago, IL 60657

Paula Spears
3005 W. Gunnison
Unit 1E
Chicago, IL 60625

Pimjai Teeranamgsu
937 W. Cornelia, Apt. 103
Chicago, IL 60657

Pollie Burks
5507 N. Campbell, #1
Chicago, IL 60625

Rajesh Veerappan and Ken Williams
1211 S. Prairie, #802
Chicago, IL 60605

Rebecca Shale
3003 W. Gunnison
Unit 2N
Chicago, IL 60625

Reginald M. Douglas, Jr.
Janice J. Douglas
2507 W. Catalpa, #3
Chicago, IL 60625

Renee E. Mascari
5503 N. Campbell Ave., Apt. 1
Chicago, IL 60625

Sabrina Holian and Jaime Mayer
937 W. Cornelia, #301
Chicago, IL 60613

Santi-Cruz, Inc.
c/o Evangelista Dela Cruz
4502 N. Central
Chicago, IL 60603

Sarasota County Tax Collector
Barbara Ford-Coates
101 S. Washington Blvd
Sarasota, FL 34236

Scott Jordan
5507 N. Campbell, #3
Chicago, IL 60625

Simple Delights, Inc.
18214 Semmler Dr.
Tinley Park, IL 60487

Stanko Pehar
6512 N. Lemai
Lincolnwood, IL 60712

Stefan Filipov
5800 N. Western
Chicago, IL 60660

Sunny Beach Corp.
5800 N. Western
Chicago, IL 60660

Tan Line, Inc.
c/o Gil Gilyana
6257 N. McCormick, Unit B
Chicago, IL 60659

Tannisse L. Joyce
3001 W. Gunnison
Unit 2S
Chicago, IL 60625

Tiffany A. Peterson
3001 W. Gunnison
Unit 1N
Chicago, IL 60625

Todd Schroeder
5210 N. Wolcott
Unit 2
Chicago, IL 60640

Tony Pehar
6533 Nokomis
Lincolnwood, IL 60712

United Survey Service, LLC
3415 North Ave., Unite D
Melrose Park, IL 60160

Washington Mutual
1301 Second Avenue
Seattle, WA 98101

Washington Mutual
3929 W. John Carpenter Fwy.
Irving, TX 75063

Washington Mutual
P.O. Box 78065
Phoenix, AZ 85062-8065

William Mepham, EA
28 South Quentin Road
Palatine, IL 60067

Zoran Pehar
6424 N. Knox
Lincolnwood, IL 60712

ZP Vision
8340 N. New England Avenue
Niles, IL 60714

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZLATKO PEHAR and | ) | Case No. 08-31891 |
| MARY PEHAR, | ) | Case No. 11-11923 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Judge Carol A. Doyle |
| Debtors. | ) | |

**NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on January 17, 2012, Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses (the "CHSWC Motion"), thereby requesting the sum of $98,636.00 for legal services rendered to the Debtor for the period commencing February 1, 2010 through and including December 20, 2011, plus costs advanced for the same period in the sum of $5,561.14.

PLEASE TAKE FURTHER NOTICE that any person objecting to the CHSWC Motion, be and they are hereby directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the _____ day of February 2012, with a copy of said objection(s) to be simultaneously served upon Jeffrey C. Dan, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the CHSWC Motion, together with objections timely filed, if any, will be held before the Honorable Carol A Doyle, Bankruptcy Judge, Courtroom No. 742, 219 South Dearborn Street, Chicago, Illinois, on the **9**th **day of February, 2012**, at the hour of **10:00 a.m.**, at which time and place you may appear if you so see fit.

DATED: January 17, 2012

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Scott R. Clar, Esq. (Atty. No. 06183741)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
W:\Jeff\Z Pehar\Pay CHSWC Final Fee Hearing.NOT.wpd

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZLATKO PEHAR and | ) | Case No. 08-31891 |
| MARY PEHAR, | ) | Case No. 11-11923 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Judge Carol A. Doyle |
| Debtors. | ) | |

## MOTION FOR ALLOWANCE OF FINAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES TO DEBTORS' COUNSEL

JEFFREY C. DAN and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR ("CHSWC"), Counsel to ZLATKO PEHAR and MARY PEHAR, Debtors herein, make their Motion pursuant to Section 331 of the Bankruptcy Code for Allowance of Final Compensation and Reimbursement of Expenses for legal services rendered and expenses incurred during the period February 1, 2010 through December 20, 2011; and in support thereof, state as follows:

**Introduction**

1.      On November 21, 2008, Zlatko Pehar filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.      On March 22, 2011, Mary Pehar filed her voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3.      On April 12, 2011, the Bankruptcy Court entered an Order providing for the joint administration and substantive consolidation of the Chapter 11 cases of Zlatko Pehar and Mary Pehar

-1-

4.    No trustee, examiner or committee of unsecured creditors has been appointed to serve in this Chapter 11 case.

5.    On December 20, 2011, this Court entered an Order confirming the Debtors Third Amended Joint Plan of Reorganization.

6.    On December 18, 2008, this Court entered an Order authorizing the Debtors to retain CHSWC as Counsel in this Chapter 11 case retroactive to November 7, 2008 with compensation subject to the further Order of this Court.

7.    By this Motion, CHSWC requests allowance of final compensation and reimbursement of expenses in the amounts of $98,636.00 and $5,561.14, respectively, for legal services rendered to the Debtors during the period February 1, 2010, through December 20, 2011.  Itemizations of the legal services rendered and expenses incurred during the relevant period are attached to this Motion as **Exhibits A, A-1 and B**, respectively.

8.    CHSWC has received three prior allowances of interim compensation and expenses in this Chapter 11 case in the aggregate amount of $133,982.53.  The pre-petition retainer of $36,645.00 received by CHSWC in Zlatko Pehar's case was  applied by CHSWC to the first allowance of interim compensation and expenses made by this Court.   The balance due after application of the pre-petition retainer has been paid by the Debtors.  CHSWC also received a pre-petition retainer from Mary Pehar in the amount of $11,039.00, which will be applied to any fees allowed.  CHSWC also requests that this Court approve the Interim Allowances under Section 330 of the Bankruptcy Code.

9.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.  This matter is a "core" proceeding within th meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

10.    The statutory predicates for the relief requested in this Motion are Section

- 2 -

331 of the Bankruptcy Code and Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

**Relevant Factual Background**

11.     The Debtors are a real estate owners, investors and developers that resides in Lincolnwood, Illinois.  As of the commencement of this Chapter 11 case, the Debtors owned the following real estate:

| Property Identification | Lender/Approximate Mortgage Balance | Property Type |
| --- | --- | --- |
| 3001 West Gunnison, Chicago, Illinois ("Gunnison Property")[1] | Cole Taylor Bank ("Cole Taylor") $3,150,000.00 | 16 unit condominium development  (unfinished) |
| 3125-3135 N. Broadway Chicago, Illinois ("Broadway Property")[2] | Cole Taylor; $1,400,000.00 | Four (4) commercial spaces |

| Property Identification | Lender/Approximate Mortgage Balance | Property Type |
| --- | --- | --- |
| 561 West Briar, Chicago, Illinois | Cole Taylor; $340,000.00 | Single rental unit |
| 2507-2509 W. Catalpa, Chicago, Illinois ("Catalpa Property") | Cole Taylor; $600,000.00 | Six unit apartment building |
| 1838 West Belmont, Chicago, Illinois ("Belmont Property") | Cole Taylor; $205,000.00 | Commercial Property |
| 6249-57 N. McCormick Blvd., Chicago, Illinois | Cole Taylor; $4,500,000.00 | Commercial shopping mall |

---

[1]The Debtors abandoned and surrendered the Gunnison Property to Cole Taylor pursuant to the prior Order of this Court.

[2]This property is allegedly cross-collateralized with an apartment building owned by 2502 West Catalpa, LLC ("2502 LLC") which has a mortgage with Cole Taylor on its property with an approximate mortgage balance of $2,800,000.00.  2502 LLC, which is owned by the Debtors, filed a voluntary petition under Chapter 7 of the Bankruptcy Code on October 15, 2008, in this Court, Case Number 08-27620.

("McCormick Property")[3]

| | | |
|---|---|---|
| • | 937 West Cornelia, ("Cornelia Property") Chicago, Illinois | Washington Mutual ("WAMU"); $1,800,000.00 | 20 unit apartment building |
| • | 2446-56 West Catalpa, ("Other Catalpa Property") Chicago, Illinois | WAMU; $1,600,000.00 | 20 unit apartment building |
| • | 2818 North Halsted, Chicago, Illinois | First Commercial Bank; $1,100,000.00 | 2 commercial condominium rentals. |
| • | 1900 W. Foster Avenue Chicago, Illinois ("Foster Property")[4] | Integra Bank ("Integra"); $600,000.00 | 2 commercial condominiums |
| • | 1743 North Albany Chicago, Illinois ("Albany Land") | Integra; $180,000.00 | Vacant land |
| • | 500 West Superior, #1202, Chicago, Illinois | Citi Bank ("Citi"); $372,00.00 | Condominium Rental |

| | **Property Identification** | **Lender/Approximate Mortgage Balance** | **Property Type** |
|---|---|---|---|
| • | 500 West Superior, #1208, Chicago, Illinois[5] | Citi; $280,000.00 | Condominium Rental |
| • | 340 West Superior, #809, Chicago, Illinois | Countrywide; $170,000.00 | Condominium Rental |
| • | 1211 Prairie Chicago, Illinois | Citi and Evergreen Bank ("Evergreen"); $550,000.00 | Condominium Rental |
| • | 800 Ben Franklin Drive | Huntington Mortgage | Condominium |

---

[3]The Debtors own a one-third interest in the McCormick Property.

[4]This property is allegedly cross-collateralized with the Albany Land Furthermore, the Debtors agreed to the entry of Orders modifying the stay as to the Foster Property and Albany Land as these properties have no equity and are unnecessary to the Debtors' reorganization efforts.

[5]This property was sold, pursuant to prior Court order, and the full amount of the mortgage was paid at closing.

– 4 –

| | | |
|---|---|---|
| Sarasota, Florida | ("Huntington")<br>$480,000.00 | |
| • 6410 Longmeadow Drive,<br>Lincolnwood, Illinois | ING; Evergreen;<br>$1,550,000.00 | Debtor's<br>Residence |

12.     Shortly before the commencement of this Chapter 11 case, Cole Taylor instituted foreclosure actions against the Debtors with respect to the Gunnison Property, McCormick Property, Catalpa Property, Broadway Property and Belmont Property.  No other foreclosures were filed against the Debtors and their other properties as of the commencement of this Chapter 11 case.

13.     This Court has entered a series of Interim Orders and a Final Order authorizing the Debtors' use of cash collateral and providing for adequate protection of the secured interests of all secured creditors including Cole Taylor, WAMU, First Commercial, Citi, Countrywide, Evergreen, Huntington and ING First Commercial ("Cash Collateral Orders").    These Cash Collateral Orders have enabled the Debtors to maintain uninterrupted business operations while focusing on reorganization and formulating an exit strategy from this Chapter 11 case.

14.     The Debtors determined that the Gunnison Property was of inconsequential value and was burdensome to these Chapter 11 estates.  As a result, the Debtors quickly obtained an Order from this Court authorizing him to surrender the Gunnison Property to Cole Taylor thereby minimizing the exposure to the Debtors and the estates from continuing with the obligation to maintain the Gunnison Property.

15.     Similarly, the Debtors realized that the Foster Property and Albany Land were of inconsequential value and were burdensome. As a result, the Debtors agreed to relief from the automatic stay in favor of Integra and then, subsequently, obtained an Order from ths Court authorizing the Debtors to enter into contracts with Integra which provide for the delivery of deeds in lieu of foreclosure with respect to the Foster Property and

Albany Land in exchange for, among other things, the waiver of deficiency claims in excess of $375,000.00 by Integra.

16.     Once the Debtor disposed of the Gunnison Property, Foster Property and Albany Land, the Debtors began individual negotiations with the lenders holding mortgages against the remaining properties. The Debtors eventually sold the property located at 500 W. Superior, #1208, which paid the mortgage in full at closing. The Debtors also surrendered the 2818 N. Halsted property. The remaining properties the Debtor intend to retain. This Court has entered two (2) Orders which provide for further adequate protection in addition to that set forth in the Cash Collateral Orders with respect to the secured interests of First Commercial Bank, Citibank, Evergreen Bank, Countrywide Home Loans, Inc., Huntington Mortgage and ING.

17.     The Debtors and Cole Taylor have entered into a complex settlement relating to Cole Taylor's mortgages and claims, which settlement has been approved by this Court.

18.     The Debtors reached settlement agreements with the remaining secured lenders on all of the other properties.

19.     Other events have occurred during the course of this Chapter 11 case which are detailed later in this Motion.

**Final Compensation**
**and Expenses Requested**

20.     CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, reorganization and insolvency. CHSWC is comprised of six (6) members, some of whom have participated in representing the Debtor in this bankruptcy case.

21.     The following is biographical information pertaining to those attorneys who

- 6 -

have been primarily involved in the representation of the Debtors.  Other attorneys at CHSWC have also participated to a lesser extent in this Chapter 11 case.  Each such attorney has significant experience and expertise in bankruptcy, reorganization and litigation matters.

22.     DAVID K. WELCH is a member of the law firm and has been practicing law in the State of Illinois since 1982.  His practice has always been primarily concentrated in the fields of bankruptcy, insolvency and debtor's and creditor's rights.   He has represented debtors, trustees, creditors' committees, secured creditors, unsecured creditors and equity holders.  From October, 1979, through June, 1982, he served as Deputy Chapter 13 Trustee in the Northern District of Illinois under Craig Phelps, Chapter 13 Trustee.  He has authored manuscripts for the Illinois Institute of Continuing Legal Education on matters involving bankruptcy and insolvency.  He has lectured at seminars relating to bankruptcy issues at the Chicago Bar Association.  He has served as a member of the Bankruptcy Mediation Panel Sub-Committee of the Chicago Bar Association. Furthermore, in conjunction with his financial mediation and negotiation training, he has completed a course sponsored by the National Institute for Trial Advocacy in conjunction with Northwestern University.  He is a member of the Federal Trial Bar and is admitted to practice before the United States Courts of Appeals for the Seventh and Third Circuits, and before the United States District Courts for the Northern and Central Districts of Illinois, the Northern District of Indiana and the Eastern District of Wisconsin.  He is a member of several other bar associations and legal organizations.  He was formerly a member of the Standing Committee of the Illinois State Bar Association on Liaison with the Attorney Registration and Disciplinary Commission.   Mr. Welch is the former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization, is a former member of the Advisory Board of the American Bankruptcy Institute, and is the former Vice Chair of the Bankruptcy Court Liaison Committee.

23.     JEFFREY C. DAN is a member of CHSWC and has been practicing law in the State of Illinois since 1997.  He graduated from DePaul University School of Law.  He has practiced as a trial attorney in a number of areas of the law including personal injury, domestic relations, criminal law and commercial litigation.   Mr. Dan joined the firm in September of 2002 and has been actively involved in all aspects of bankruptcy and bankruptcy litigation as well as State Court litigation that arises in insolvency matters.  He has served as a member of the Illinois State Bar Association, Commercial Banking and Bankruptcy Law Section Council.  Mr. Dan is a member of the Federal Trial Bar and is admitted to practice before the United States Court of Appeals for the Seventh Circuit and the United States Court of Appeals for the Third Circuit.  He is also admitted to practice before the United States District Courts for the Northern District of Illinois, Northern District of Indiana, Central District of Illinois and Eastern District of Wisconsin.

24.     The hourly rates usually charged by CHSWC in matters of this nature are as follows:

| Attorney | 2010 Hourly Rates | 2011 Hourly Rates |
|---|---|---|
| Eugene Crane (EC)[6] | $475.00 | $485.00 |
| Glenn R. Heyman (GRH) | $475.00 | $485.00 |
| Arthur G. Simon (AGS) | $435.00 | $450.00 |
| David K. Welch (DKW) | $435.00 | $450.00 |
| Scott R. Clar (SRC) | $435.00 | $450.00 |
| Jeffrey C. Dan (JCD) | $350.00 | $375.00 |
| John H. Redfield (JHR) | $350.00 | $360.00 |

25.     The following is a chart that depicts the total hours that each attorney at CHSWC expended in representing the Debtors during the relevant period:

---

[6] These are the abbreviations utilized in the Exhibits to this Motion.

| Attorney | 2010 Hours | 2011 Hours | Amount |
|----------|-----------|-----------|--------|
| Eugene Crane | 1.2 | 1.7 | 1,394.50 |
| Arthur G. Simon | 4.0 | 3.5 | 3,358.50 |
| David K. Welch | 80.0 | 43.9 | 54,250.50 |
| Jeffrey C. Dan | 46.7 | 62.10 | 39,282.50 |
| John H. Redfield | 1.0 | | 350.00 |
| **Total** | | | **$98,636.00** |

25.    During the course of the representation of the Debtors during the relevant period, CHSWC incurred expenses of $5,561.14.  These expenses are itemized on **Exhibit B** to this Motion.

**Legal Services Rendered to the Debtors**

26.    The representation of the Debtors is categorized in this Motion as follows:

A.    **General Administration**

The matters in this category include assisting the Debtors with the general administration of this bankruptcy case and the Debtors' business operations and financial affairs, filing routine motions and filing professionals' fee applications and retention motions.  Also included in this category are legal services related to and assisting the Debtors with the monthly operating reports and responding to general creditor inquiries.  Also included in this category are all issues related to the filing of Mary Pehar's Chapter 11 case and the substantive consolidation of the two cases

| **Total Time Expended** | | **27.40  hours** | |
|----------|-----------|-----------|--------|
| **Attorney** | **2010 Hours** | **2011 Hours** | **Amount** |
| Arthur G. Simon(AGS) | | 1.3 | $   585.00 |
| David K. Welch (DKW) | 4.3 | 3.5 | $3,445.50 |
| Jeffrey C. Dan (JCD) | 7.7 | 10.6 | $6,670.00 |
| **Total** | | | **$10,700.50** |

Attached to this Motion as **Exhibit C** is an itemization of the legal services rendered in this category.

.

B.    **Secured Creditors/Property Related Issues**

The initial key to these Chapter 11 cases was the Debtors' ability to obtain the right to use the cash collateral generated from the various real estate holdings.  The Debtors, with the assistance of CHSWC, prepared cash flow projections for each income-producing property.  This Court entered the Cash Collateral Orders with little opposition. These Cash Collateral Orders enabled the Debtors to maintain regular, uninterrupted business operations throughout this Chapter 11 case. CHSWC has also assisted the Debtors with other general issues related to his real estate interests. ChSWC also worked with numerous secured creditors regarding surrendering certain properties, resolving motions to modify stay, resolving claims issues and closing the sale of the of the Debtors' properties.  These negotiations and resolutions enabled the Debtors to confirm their Third Amended Joint Plan of Reorganization with the agreement of the secured creditors.

.

**Total Time Expended**                                **77.7  hours**

| Attorney | 2010 Hours | 2011 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon (AGS) | 2.60 | | 1,131.00 |
| Eugene Crane (EC) | .60 | | 285.00 |
| David K. Welch (DKW) | 22.70 | 16.00 | $17,074.50 |
| Jeffrey C. Dan (JCD) | 19.00 | 16.80 | 12,950.00 |
| **TOTAL** | | | **$31,440.50** |

Attached to this Motion as **Exhibit D** is an itemization of the legal services rendered in this category.

C.    **Claims Objections/ Unsecured Creditor Issues**

The Debtors have worked with several unsecured creditors to resolve certain claims in these this Chapter 11 cases.  This included litigating a claim filed by the Wolfram Condo Association and objecting to the claim of Harris Bank. Both claims were eventually resolved through negotiations between CHSWC and the creditors' attorneys

**Total Time Expended**                                **32.20  hours**

| Attorney | 2010 Hours | 2011 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon (AGS) | 1.50 | | 652.50 |
| Eugene Crane (EC) | .60 | | 285.00 |
| David K. Welch (DKW) | 9.10 | | 3,958.50 |
| Jeffrey C. Dan (JCD) | 15.40 | 4.60 | 7,010.00 |
| John H. Redfield (JHR) | 1.00 | | 350.00 |
| **TOTAL** | | | **$12,256.00** |

-10-

Attached to this Motion as **Exhibit E** is an itemization of the legal services rendered in this category.

D.   **Claims of Sunny Beach and Stefan Filipov**

Sunny Beach Corporation and Stefan Filipov (related parties) filed claims that aggregate an amount in excess of $5,000,000.00. Pursuant to the prior Order of this Court, the Debtor conducted discovery of these claimants under Rule 2004 of the Federal Rules of Bankruptcy Procedure.  The Debtors filed objections and these claims were disallowed.  The Debtors further filed an adversary to avoid the mechanic's lien filed on one of the Debtors' properties filed by Sunny Beach Corporation.

**Total Time Expended**                                     **9.90  hours**

| Attorney | 2010 Hours | 2011 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon (AGS) | | 1.20 | 540.00 |
| Eugene Crane (EC) | | 1.70 | 824.50 |
| David K. Welch (DKW) | 2.60 | .30 | 1,266.00 |
| Jeffrey C. Dan (JCD) | | 4.10 | 1,537.50 |
| **TOTAL** | | | **$ 4,168.00** |

Attached to this Motion as **Exhibit F** is an itemization of the legal services rendered in this category.

E.   **Chapter 11 Exit Strategy**

CHSWC has advised the Debtor during the period covered by this fee application of his options with respect to emerging from this Chapter 11 case. The Debtor filed and this Court entered an order confirming the Debtors' Third Amended Joint Plan of Reorganization on December 20, 2011, which provides for, among other things, payment of a meaningful dividend to the holders of the allowed claims.

**Total Time Expended**                                     **10.6  hours**

| Attorney | 2010 Hours | 2011 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon (AGS) | | 1.00 | 450.00 |
| David K. Welch (DKW) | 41.3 | 23.50 | 28,236.00 |
| Jeffrey C. Dan (JCD) | 4.9 | 18.80 | 8,415.00 |
| **TOTAL** | | | **$37,101.00** |

Attached to this Motion as **Exhibit G** is an itemization of the legal services rendered in this category.

-11-

**Conclusion**

27.     Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, nor agreed to share, any compensation received as a result of this case with any person, firm or entity. The sole and exclusive source of compensation shall be funds of the Debtors.

28.     CHSWC asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered based upon the time, nature, extent and value of such professional services. CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtors is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

29.     CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtors.

30.     CHSWC submits that the compensation and expenses requested are fair, reasonable and warranted under the circumstances.

31.     CHSWC also requests that this Court approve the Interim Allowances under Section 330 of the Bankruptcy Code.


WHEREFORE, Jeffrey C. Dan and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel, request the entry of an Order allowing final compensation and reimbursement of expenses in the amounts of $98,636.00 and $5,561.14, respectively; allowing the Interim Allowances under Section 330 of the Bankruptcy Code; and granting such other relief as may be just and appropriate.

-12-

Respectfully Submitted,

JEFFREY C. DAN, and the law firm of
CRANE, HEYMAN, SIMON, WELCH & CLAR

By:___/s/Jeffrey C. Dan_____

**DEBTOR'S COUNSEL**:
DAVID K. WELCH, ESQ. (Atty. No. 06183621)
ARTHUR G. SIMON, ESQ. (Atty. No. 03124481)
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
W:\Jeff\Z Pehar\Pay CHSWC Final.mot.wpd

-13-