IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZLATKO PEHAR and | ) | Case No. 08-31891 |
| MARY PEHAR, | ) | Case No. 11-11923 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Judge Carol A. Doyle |
| Debtors. | ) | |

**NOTICE OF MOTION**

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on 12th day of July 2012, at 10:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in the room usually occupied by her as courtroom 742 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion For Final Decree**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C Dan
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 3rd day of July, 2012.

/s/Jeffrey C Dan

-1-

**SERVICE LIST**

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Robert J. Labate, Esq.
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603

Steven R. Rappin, Esq
Hauselman Rappin & Olswang Ltd.
39 S. LaSalle St., Suite 1105
Chicago, IL 60603

Allen C. Wesolowski, Esq.
Martin & Karcazes Ltd.
161 N. Clark St., Suite 550
Chicago, IL 60601

James P. Sullivan, Esq.
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 60603

Francis J. Pendergast III
Crowley & Lamb PC
350 N. LaSalle St., Suite 900
Chicago, IL 60654

Richard B. Polony
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle Street, St., Suite 300
Chicago, IL 60601

Anthony J. Peraica
Anthony J. Peraica & Associates, Ltd.
5130 S. Archer Ave.
Chicago, IL 60632

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZLATKO PEHAR and | ) | Case No. 08-31891 |
| MARY PEHAR, | ) | Case No. 11-11923 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Carol A. Doyle |

## **MOTION FOR ENTRY OF FINAL DECREE**

ZLATKO PEHAR and MARY PEHAR, Debtors herein ("Debtors"), by and through their attorneys, in support of their Motion for Entry of Final Decree, hereby state as follows:

1. On November 21, 2008, Zlatko Pehar filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On March 22, 2011, Mary Pehar filed her voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. On April 12, 2011, the Bankruptcy Court entered an Order providing for the joint administration and substantive consolidation of the Chapter 11 cases of Zlatko Pehar and Mary Pehar.

4. On December 20, 2011, this Court entered an Order confirming the Debtors' Third Amended Joint Plan of Reorganization.

5. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. Payments have been made to secured creditors and administrative claimants, however, all approved administrative professional fees due and owing to Debtors' bankruptcy counsel, Crane, Heyman, Simon, Welch & Clar, have not yet been paid in full.

6.      The Debtor respectfully requests this Court enter a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure and close this bankruptcy case, with a specific reservation of the Court's jurisdiction with respect to the matter stated above.

WHEREFORE, for the foregoing reasons, the Debtors, ZLATKO PEHAR and MARY PEHAR, pray for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

Respectfully submitted,
ZLATKO PEHAR and MARY PEHAR,
Debtors,

By: /s/ Jeffrey C. Dan
      One of Their Attorneys

**DEBTORS' COUNSEL**:
David K. Welch, Esq. (Atty. Reg. #06183621)
Arthur G. Simon, Esq. (Atty. Reg. #03124481)
Jeffrey C. Dan, Esq. (Atty. Reg. #06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\Jeff\Z Pehar\Final Decree Motion.wpd